# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| ESTATE OF: CHARLES B. GRACE, DECEASED RESIDUARY TRUST OF CHARLES B. GRACE, DECEASED | : No. 170 MAL 2015<br>:<br>:<br>: Petition for Allowance of Appeal from<br>: the Order of the Superior Court |
| PETITION OF: EUGENE G. GRACE, III, EUGENE GRACE, ANDREA GRACE AND ALEXANDRA GRACE | :<br>:<br>: |

## ORDER

**PER CURIAM**

    **AND NOW**, this 7th day of October, 2015, the Petition for Allowance of Appeal is **DENIED**.